**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **LOUIS VUITTON MALLETIER,**<br><br>Plaintiff,<br><br>v.<br><br>**VARIOUS JOHN DOES NOS. 1–300, and XYZ COMPANIES NOS. 1–20,**<br><br>Defendants. | Civil No. 07-273 (RCL) |

## MEMORANDUM

The Court will, in a separate Order issued today, grant plaintiff's Motion [64] for Entry of Default Judgment. The Clerk of the Court entered default as to all defendants on February 17, 2009. All defendants have failed to respond to the entry of default.

Several of the default notices were returned as undeliverable after being mailed to certain defendants. This does not affect the Court's ability to enter default, as it is each party's responsibility to keep the Court appraised of any changes of address. *See* Local Civ. R. 11.1. Also, notice of the entry of default against defendant Tore Britbil was not mailed because he has no fixed address known by the Court. Again, the defendant—having been personally served on December 6, 2008 (*see* Return of Service [48])—is responsible for appraising the Court of an address for correspondence, and defendant Britbil's failure to do so does not preclude default judgment.

Signed by Royce C. Lamberth, Chief Judge, on March 31, 2009.